```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

WORLD WRESTLING ENTERTAINMENT,      :
INC.,
                                    :
                Plaintiff,                    ORDER
                                    :
        - against -                           04 Civ. 1897 (DC)
                                    :
VARIOUS JOHN AND JANE DOES, and
VARIOUS XYZ CORPORATIONS,           :

                Defendants.         :

- - - - - - - - - - - - - - - - - - -x
```

**CHIN, D.J.**

       The file in this case having temporarily been sealed, and such sealing no longer being necessary, IT IS HEREBY ORDERED that the Court file and docket sheet are hereby unsealed.

       SO ORDERED.

Dated:    New York, New York
            March 17, 2004

                                      DENNY CHIN
                                      United States District Judge