Eva M. Ciko, Esquire (EC-0944)
Joanna A. Diakos, Esquire (JD-7269)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

Jerry S. McDevitt, Esquire
Lucas G. Paglia, Esquire
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501
Attorneys for Plaintiff
World Wrestling Entertainment, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WORLD WRESTLING
ENTERTAINMENT, INC.,

                    Plaintiff,     :     Civil Action No._____

    v.

                                           :     **ORDER SEALING FILE**
VARIOUS JOHN AND JANE DOES,     :     **AND DOCKET SHEET**
and VARIOUS XYZ CORPORATIONS,

                    Defendants.
------------------------------------------------------------X

        Upon consideration of Plaintiff World Wrestling Entertainment, Inc.'s Motion for an Order Temporarily Sealing File and Docket Sheet dated March 10, 2004, the Memorandum of Law in Support of Motion for an Order Temporarily Sealing the File and Docket Sheet dated March 10, 2004, and the Verified Complaint dated March 10, 2004, and good cause having been shown, it is hereby:



ORDERED, that the Clerk of this Court shall seal the file of this action, including the docketing statement, pursuant to 15 U.S.C. § 1116(d), until a hearing has been held on the Seizure Order; and

IT IS FURTHER ORDERED, that the Clerk of this Court shall permit any person who has demonstrated that he is a party or an attorney for a party to this Action to be permitted access to the file of this Action as provided by 15 U.S.C. § 1116(d)(8); and

IT IS FURTHER ORDERED, that no person accessing the file of this Action shall communicate the existence of this Action or its substance to any other person except an attorney representing that person.

This Order shall expire at the time a hearing is held on the Seizure Order pursuant to 15 U.S.C. § 1116(d)(10)(A).

Dated: March ___, 2004

_____
United States District Judge