Eva M. Ciko, Esquire (EC-0944)
Joanna A. Diakos, Esquire (JD-7269)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
Telephone:  (212) 536-3900
Facsimile:   (212) 536-3901

Jerry S. McDevitt, Esquire
Lucas G. Paglia, Esquire
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania  15222
Telephone:  (412) 355-6500
Facsimile:   (412) 355-6501
Attorneys for Plaintiff
World Wrestling Entertainment, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

WORLD WRESTLING                          :
ENTERTAINMENT, INC.,                     :
                                         :
                        Plaintiff,       :     Civil Action No. _____
                                         :
            v.                           :
                                         :     **VERIFIED COMPLAINT**
VARIOUS JOHN AND JANE DOES,              :     **AND JURY DEMAND**
and VARIOUS XYZ CORPORATIONS,            :
                                         :
                        Defendants.      :
--------------------------------------------------------X     **Filed Under Seal**

JUDGE CHIN

04 CV 01897

Plaintiff World Wrestling Entertainment, Inc., including its subsidiaries (collec-

tively, "WWE"), by and through its attorneys, Kirkpatrick & Lockhart LLP, alleges the following

for its Complaint against Defendants John and Jane Does and XYZ Corporations.

## NATURE OF THE CASE

1.      This is an action for trademark infringement, counterfeiting and dilution under the Lanham Act, 15 U.S.C. § 1051, et seq., including the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116(d), and related state law claims for trademark infringement, trademark dilution and unfair competition occasioned by Defendants' unlawful manufacture, distribution and/or sale of counterfeit merchandise bearing unauthorized copies of WWE's registered and un-registered trademarks and service marks.  WWE brings this action to (i) protect its reputation for distributing and selling merchandise of the highest quality and grade; (ii) prevent deception of the consuming public by Defendants; and (iii) avoid thousands of irreconcilable lost sales.

2.      To achieve these goals, through an Ex Parte Application for TRO and Or-der for Seizure of Counterfeit Marked Goods filed concurrently herewith and incorporated herein by reference, WWE seeks an order from this Court authorizing the seizure of:

> (i)  all counterfeit merchandise bearing any of WWE's registered and/or unregistered marks or any confusingly similar marks found in the possession, custody or control of Defendants;

> (ii)  any means of making such counterfeit merchandise; and

> (iii)  all records documenting the manufacture, receipt, distribution, offering for sale or sale of such counterfeit merchandise.

WWE seeks to have all such counterfeit merchandise and associated documents and materials seized until a hearing can be held before this Court to determine the disposition of any such goods, materials and/or documents seized.

3.      WWE also seeks a TRO and a preliminary and permanent injunction bar-ring Defendants from unlawfully infringing WWE's registered and unregistered trademarks dur-ing WWE's Wrestlemania® XX weekend and related activities and events, which formally begin

on March 13, 2004, in New York City with the WWE Hall of Fame Reception and Induction

Ceremony event at the Midtown Hilton, by manufacturing, distributing and/or selling counterfeit

merchandise bearing any of WWE's registered or unregistered marks or any other word or name

that is likely to cause confusion or mistake or to deceive.

## PARTIES

4.    Plaintiff WWE is a Delaware corporation having its principal place of

business at 1241 East Main Street, Stamford, Connecticut 06902.

5.    Defendants John and Jane Does and XYZ Corporations, whose precise

identities are not yet known to WWE, are individuals and entities who, at all times relevant

hereto, have been doing business and continue to do business in the Southern District of New

York.

## JURISDICTION AND VENUE

6.    This Court has personal jurisdiction over the Defendants because they re-

side in and/or have transacted business in this State, and have caused harm or tortious injury in

this State by acts within this State.

7.    This Court has subject matter jurisdiction over this action pursuant to 15

U.S.C. § 1121 and 28 U.S.C. § 1338(a) and (b).  This Court has supplemental jurisdiction, pursu-

ant to 28 U.S.C. § 1367(a), with respect to the state law claims asserted herein.

8.    This Court is an appropriate venue for this action under 28 U.S.C. §

1391(a)(2), because a substantial part of the events giving rise to plaintiff's request for relief oc-

curred and continue to occur in this district.

3

**FACTUAL BACKGROUND**

A.    **WWE's Business And Marks**

9.    Since at least as early as February 1983, WWE, first doing business as the "World Wrestling Federation" and now doing business as "World Wrestling Entertainment," has provided to the public live and televised wrestling and entertainment events and services (the "WWE Wrestling Services") under the service mark WORLD WRESTLING ENTERTAINMENT®. In connection therewith, WWE has used, advertised, publicized, and presented the WWE Wrestling Services, and related souvenirs, merchandise, memorabilia, and videotapes ("WWE Merchandise") under the WORLD WRESTLING ENTERTAINMENT® mark and numerous other service marks and trademarks (collectively the "WWE Marks"). A listing of the WWE Marks, both those registered with the United States Patent and Trademark Office and those unregistered but exclusively owned by or licensed to WWE, is set forth as Exhibits 1 and 2 hereto, respectively. Among the most important of those marks to this action are:

| Mark | Registration Nos. |
|------|------------------|
| WORLD WRESTLING ENTERTAINMENT | 2,772,677<br>2,757,600<br>2,757,599<br>2,754,499 |
| WWE | 2,772,683 |
| WWE logos | 2,799,228<br>2,751,436<br>2,765,751<br>2,757,597<br>2,754,495<br>2,757,596 |
| WRESTLEMANIA | 1,432,884<br>1,716,716<br>1,863,534<br>2,625,125 |

4

The WWE Marks are well known to the public and have come to identify WWE to the public as the genuine source and sponsor of WWE Wrestling Services and WWE Merchandise.

10.   WWE promotes live wrestling entertainment events on a regular basis in most major cities in the United States and in many other cities throughout the world ("Live Events").  WWE does this by organizing tours of Live Events throughout the country.  Most major U.S. cities will have a WWE Live Event appear in their city at least once or twice a year. WWE Live Events include all of the following types of programs:  pay-per-views; live, nationally-televised shows; television tapings; and non-televised events, known as "house shows."  In addition to generating revenues through ticket sales and promoting the up-coming pay-per-views, WWE sells a significant portion of WWE Merchandise at its Live Events.

11.   WWE presents regular World Wrestling Entertainment programs featuring live wrestling events on a pay-per-view basis twelve (12) times a year.  One of these pay-per-view events is called "Wrestlemania®" and typically sells for $39.95 per view.  Wrestlemania is WWE's showcase live event and most lucrative pay-per-view program.  The remaining eleven WWE pay-per-view events, with various names, sell for $34.95 each.

12.   WWE's pay-per-view events are the biggest wrestling events of the year for World Wrestling Entertainment and offer an occasion for, inter alia, determining and crowning World Wrestling Entertainment's various champions and/or elucidating the various story lines developed by WWE throughout the year.  These live pay-per-view events are extensively promoted and widely attended and viewed.

13.   For example, the first Wrestlemania, Wrestlemania I, was held March 31, 1985, at Madison Square Garden in New York City.  Subsequent Wrestlemanias have occurred

5

in such sites as the Pontiac Silverdome in Pontiac, Michigan (Wrestlemania III), which drew over 90,000 spectators; Atlantic City, New Jersey (Wrestlemanias IV and V); and Indianapolis, Indiana (Wrestlemania VIII). The 2002 Wrestlemania at the Skydome in Toronto drew over 68,000 spectators and over one million pay-per-view customers. Most recently, the 2003 Wrestlemania held at Safeco Field Arena in Seattle drew over 54,000 spectators and over 500,000 pay-per-view customers.

14.    On March 29, 1998, WWE held its annual Wrestlemania pay-per-view event, Wrestlemania XIV, at the Fleet Center in Boston, Massachusetts. WWE Merchandise sales at Wrestlemania XIV set a record for the Fleet Center for sales per capita. Similarly, WWE held Wrestlemania XVI at the Pond in Anaheim, California, on April 2, 2000, again setting a venue record for merchandise sales per capita and drawing a pay-per-view audience of over 800,000 viewers.

15.    On March 17, 2002, WWE held Wrestlemania XVII at the Skydome in Toronto, Canada, averaging over $18.00 per attendee in merchandise sales.

16.    In addition to its pay-per-view Live Events, WWE currently presents two two-hour weekly World Wrestling Entertainment programs called "RAW®" and "Smackdown!™" that feature wrestling entertainment programming every Monday and Thursday night nationwide on the Spike TV cable television network and the UPN, respectively. RAW® is cablecast live from various WWE events around the country, and Smackdown!™ is cablecast from pre-recorded live WWE events. WWE also presents three other weekly wrestling entertainment programs on Spike TV, "Heat™," "Velocity™" and "Confidential™." In addition, WWE also presents two other nationally syndicated WWE television programs each week: "After Burn™" and "Bottom Line™."

6

17.     At and in connection with its Live Events, as well as in retail stores nationwide and via mail order and on-line catalogs, WWE sells a large variety of the WWE Merchandise featuring the WWE Marks.  The WWE Merchandise typically displays prominently the name and logo of the company, its events, its programs, and/or the wrestlers and other personalities involved with the events and programs.  Examples of the WWE Merchandise are listed in Exhibit 3 attached hereto, but primarily include, without limitation, T-shirts, jerseys, sweatshirts, caps, hats, belts, sunglasses, key rings, action figures, posters, and videotapes.

**B.     <u>Counterfeiting At Previous Live Events</u>**

18.     Based upon information and belief, as well as investigation into the matter, WWE learned that certain individuals and entities, alone and in conjunction with other, similarly situated individuals and entities, were selling goods of inferior quality to those sold, or licensed for sale, by WWE at or near the Live Events.  These goods, which were marked with imitations or counterfeits of the WWE Marks ("Counterfeit Merchandise"), included, <u>inter alia</u>, T-shirts, sweatshirts, caps, hats, key rings, posters, videotapes and other souvenirs, merchandise and memorabilia.

19.     At no time has WWE authorized any individuals or entities to manufacture, distribute, offer for sale or sell any Counterfeit Merchandise, nor any WWE Merchandise or goods or materials bearing the WWE Marks that were not specifically licensed and approved by WWE, at Live Events or elsewhere.

20.     As described more fully in the Declaration of Donna Goldsmith, attached to Plaintiff's Ex Parte Application for Temporary Restraining Order and incorporated herein by reference, WWE has undertaken, and continues to undertake significant, extensive measures to guard against the unauthorized distribution and sale of Counterfeit Merchandise at Live Events.

21.    Based upon its investigation into the matter, and as described more fully in the Declaration of Donna Goldsmith, and in the Declaration of Wayne Grooms also attached to Plaintiff's Ex Parte Application for Temporary Restraining Order and incorporated herein by reference, WWE observed that the design, materials and quality of most of the Counterfeit Merchandise being distributed and sold at WWE Live Events throughout the United States was poor and uniform from event to event and city to city.  WWE concluded that the individuals and entities distributing and selling Counterfeit Merchandise were part of a concerted operation who travel from venue to venue selling unauthorized Counterfeit Merchandise likely acquired from common sources of manufacture.

22.    WWE thus determined that, without the aid of a federal court order authorizing seizure of Counterfeit Merchandise, WWE would be unable to combat the network of individuals and entities distributing and selling unauthorized Counterfeit Merchandise throughout WWE's nationwide series of Live Events and thus unable effectively to protect its rights, and the rights of the consuming public, against the unauthorized and unlawful distribution and sale of Counterfeit Merchandise at Live Events.

23.    Accordingly, in connection with its 2002-2003 nationwide series of live WWE events – which included Live Events in this district on June 29, 2002 and November 17, 2002 and in the greater New York City area on no fewer than 10 occasions – and based upon the pervasive bootlegging problem described above, WWE commenced an ex parte action in the Eastern District of New York  (the "2002 Action").  As a result of the 2002 Action, WWE obtained a Temporary Restraining Order (and, subsequently, a Preliminary Injunction Order) and Order of Seizure ("the Seizure Order") prohibiting the distribution and sale of counterfeit marked goods and authorizing the seizure of such goods at Live Events throughout the 2002-03 season

8

24.     Pertinent pleadings and Court Orders from the 2002 Action, as well as earlier ex parte seizure actions prosecuted by WWE, are available upon request.

25.     As demonstrated by the Declaration of Wayne Grooms, throughout its past several seasons of Live Events, WWE has encountered numerous sellers of Counterfeit Merchandise at various locations throughout the United States, including in this district, serving each offending seller with official notice and seizing Counterfeit Merchandise pursuant to the applicable Orders of Seizure.

26.     During the course of WWE's enforcement of the Seizure Order, and prior similar orders, WWE seized thousands of counterfeit T-shirts, caps, posters, pictures and other items of Counterfeit Merchandise marked with imitations of the WWE Marks.  As a result of WWE's ability to seize Counterfeit Merchandise, WWE was able to avoid lost sales in excess of $320,000, as well as irreparable injury to WWE's reputation and goodwill with the consuming public.  See Declaration of Donna Goldsmith at ¶ 15.

27.     Pursuant to the Seizure Order in the 2002 Action, WWE posted bond and proceeded at all times with the utmost caution in seizing only those goods that WWE's security team determined to be Counterfeit Merchandise.  WWE enforced the Order of Seizure in a manner designed to protect its trademarks and service marks without compromising the rights of the Defendants in that action.

28.     None of the Defendants in that action identified himself upon being apprehended, nor did any of them accept service or come forward with objections to the court.  Such behavior is typical of counterfeiters who distribute and sell unauthorized merchandise at live entertainment events.  See Declaration of Wayne Grooms at ¶ 23.

9

29.     The Seizure Order issued in the 2002 Action enabled WWE to effectively police distribution and sale of Counterfeit Merchandise throughout WWE's 2002-2003 series of Live Events. The Defendants' conduct, however, represents a continuing problem, not yet abated, and the only effective relief available to WWE is the <u>ex parte</u> seizure process.

30.     Without the ability to seize Counterfeit Merchandise at and near Madison Square Garden during and in connection with its Wrestlemania® XX event, WWE stands to lose untold and irrecoverable sums in merchandise sales and suffer incalculable, irreparable damage to its reputation and goodwill in addition to the harm such counterfeiting will cause to the consuming public.

C.     <u>Expected Counterfeiting At The Upcoming Wrestlemania® XX event</u>

31.     WWE's Wrestlemania® XX weekend and related activities and events are scheduled for Saturday and Sunday, March 13-14, 2004. <u>See</u> Exhibit 4. The events formally begin with the WWE Hall of Fame Reception and Induction Ceremony at the Midtown Hilton in New York City on Saturday, March 13, 2004, and conclude with Wrestlemania® XX at Madison Square Garden on Sunday, March 14, 2004.

32.     In connection with its Wrestlemania® XX Weekend events, WWE has advertised and promoted heavily, and will continue to advertise and promote heavily, the WWE Marks in interstate commerce.

33.     For the past several years, WWE exclusively has sold WWE Merchandise at and in connection with its Live Events. Typical WWE Merchandise sold at a WWE Live Event might refer specifically or generally to the WORLD WRESTLING ENTERTAINMENT, the WWE, the WWE logo, WRESTLEMANIA, and/or one or a number of the other WWE Marks included in Exhibits 1 and 2 hereto.

34.     WWE Merchandise is of the highest quality and grade.  These genuine goods are currently being sold only at authorized locations throughout the United States including, but not limited to, the house show arenas and Live Event venues, and retail stores in the Southern District of New York.

35.     As the foregoing demonstrates, the only effective means of protecting WWE's trademarks and service marks from unlawful counterfeiting by Defendants at Live Events is through the ex parte seizure process, which has provided WWE, finally, with a potent weapon in the fight against unlawful counterfeiting.  To maintain any meaningful defense against the unlawful distribution and sale by Defendants of Counterfeit Merchandise at Live Events, which is an ongoing problem inherent in the live entertainment industry, WWE must be allowed to proceed with the ex parte seizure process.

36.     Indeed, Defendants are habitual "repeat offenders" who refuse, even when apprehended, to identify themselves or accept service, much less appear in court in connection with the seizure of their unlawful goods:  aware of the illegality of their activities, these individuals and groups, if caught, will quickly hide or dispose of their Counterfeit Merchandise, or else load it into a waiting vehicle and lock the vehicle or drive it away.

37.     Defendants typically are street peddlers, without offices, identification, licenses or addresses.  In this manner, they can avoid having to respond to an ordinary civil lawsuit and thus are essentially immune from an injunction unless it is accompanied by authority to seize Counterfeit Merchandise.  See Declaration of Wayne Grooms at ¶ 11.

38.     For example, throughout its 2000-01 nationwide series of Live Events, WWE served approximately 175 individuals and seized approximately 4,200 items of Counterfeit Merchandise.  Most of the apprehended counterfeiters refused to identify themselves and re-

11

fused to accept service, and none of them came forward to respond formally in court. See Declaration of Wayne Grooms at ¶ 21-23.

39.    Clearly, the Defendant bootleggers will continue, undaunted, to attempt to peddle Counterfeit Merchandise at WWE's Live Events, and WWE's only means of keeping their conduct under control is in the ex parte seizure process.

40.    Moreover, the design, materials and quality of most of the Counterfeit Merchandise being unlawfully sold at Live WWE Events in different cities by Defendants is uniform from event to event and city to city. Many of the same individual Defendants sell the same Counterfeit Merchandise in different cities. Groups of these individuals travel together from event to event, including prominently in this district in the New York City area. See Declaration of Wayne Grooms at ¶¶ 25-27.

41.    Based upon the foregoing, and based upon its experience enforcing earlier seizure orders, WWE believes and therefore avers that there are groups of individuals from the New York City area that follow Live WWE Events from city to city, throughout the country, selling Counterfeit Merchandise. These groups constitute bootlegging rings that operate out of this district by obtaining Counterfeit Merchandise from a small number of manufacturers in and around the New York City area and traveling from city to city as described above.

42.    As described, these individuals will continue to attempt to peddle Counterfeit WWE Merchandise during Wrestlemania® XX weekend and its related activities and events in New York City from March 13-14, 2004, including at Madison Square Garden and the Midtown Hilton, hoping perhaps to avoid court-sanctioned seizure of the infringing goods by WWE.

43.    Ex parte seizure relief thus is essential if WWE is to maintain a defense against and effectively police the unlawful activities of Defendants at Wrestlemania® XX. With-

out such relief, WWE will have no effective remedy against the continued distribution and sale of Counterfeit Merchandise that infringes WWE's registered and unregistered trademarks and service marks, threatens lost sales in the hundreds of thousands of dollars, and deceives the consuming public into mistakenly believing they are purchasing the highest quality goods.

**D.      Irreparable Harm To WWE**

44.      Defendants' use of counterfeits of the WWE Marks on the Counterfeit Merchandise will deceive the consuming public into believing that they are purchasing genuine goods which have been manufactured, authorized, or approved by WWE, and will likely cause confusion and mistake in that consumers are likely to assume that WWE has manufactured, authorized, or approved the Counterfeit Merchandise sold by Defendants.

45.      In addition to causing WWE to suffer incalculable, irrecoverable and irreparable lost sales, Defendants' manufacture, distribution and sale of inferior quality Counterfeit Merchandise displaying the WWE Marks will irreparably injure WWE's reputation for the manufacture and sale of the highest quality souvenirs, merchandise, and memorabilia.

46.      Based on WWE's prior encounters with sellers of Counterfeit Merchandise at recent Live Events, other World Wrestling Entertainment events, and in the retail and wholesale distribution context, on information and belief, WWE alleges that, if Defendants are notified that WWE has filed this lawsuit and has filed an Application for Temporary Restraining Order, Defendants will cause the unauthorized Counterfeit Merchandise to be dispersed and, thereafter, sold at other locations on or near the premises of the event arenas or elsewhere with the result that WWE will be unable to obtain an effective remedy for Defendants' wrongful conduct.

## COUNT I

### Trademark Infringement (Registered Marks)

47.    Plaintiff hereby re-alleges, as if fully set forth herein, paragraphs 1 through 46 of this Complaint.

48.    Defendants' use of counterfeits of the WWE Marks on the Counterfeit Merchandise constitutes infringement of WWE's registered trademarks in violation of § 32 of the Lanham Act, 15 U.S.C. § 1114.

49.    The threat of the loss of WWE's right to control the use of its marks and the reputation of its goods is real and substantial.  This loss is further enhanced by the inferior quality of Defendants' Counterfeit Merchandise.

50.    Defendants' acts described herein will infringe the WWE Marks, will injure WWE's business, reputation, and goodwill, and unless restrained and enjoined will continue to do so, all to WWE's monetary damage and irreparable harm.

## COUNT II

### Trademark Infringement (Unregistered Marks) And False Designation Of Origin

51.    Plaintiff hereby re-alleges, as if fully set forth herein, paragraphs 1 through 50 of this Complaint.

52.    Defendants' use of the WWE Marks on the Counterfeit Merchandise constitutes infringement of WWE's unregistered trademarks in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

14

53.     Defendants' use of the WWE Marks on the Counterfeit Merchandise creates a false designation of origin and a false representation of Defendants' goods, all in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

54.     The threat of the loss of WWE's right to control the use of its marks and the reputation of its goods is real and substantial.  This loss is further enhanced by the inferior quality of Defendants' Counterfeit Merchandise.

55.     Defendants' acts described herein will infringe the WWE Marks, will injure WWE's business, reputation, and goodwill, and unless restrained and enjoined, will continue to do so, all to WWE's monetary damage and irreparable harm.

### COUNT III

### Federal Trademark Dilution

56.     Plaintiff hereby re-alleges, as if fully set forth herein, paragraphs 1 through 55 of this Complaint.

57.     The WWE Marks on WWE Merchandise have become well and favorably known to consumers throughout the United States, including New York, as an indication of goods emanating from or authorized by a single source, i.e., WWE.

58.     As a result of the duration and extent of WWE's use and promotion of the WWE Marks, the WWE Marks are famous and highly distinctive.

59.     Defendants are making commercial use of the WWE Marks in interstate commerce.

60.     Defendants' use began long after the WWE Marks became famous.

15

61.     Defendants' use of the WWE Marks dilutes the distinctive quality of the WWE Marks by diminishing the capacity of the marks to identify and distinguish WWE's goods and services, in violation of § 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

62.     Defendants willfully intended to trade on WWE's reputation and goodwill, and to cause dilution of WWE's famous WWE Marks.

63.     Defendants' conduct has caused and continues to cause WWE immediate and irreparable injury.  WWE lacks an adequate remedy at law.

## COUNT IV

### Trafficking In Counterfeit Goods

64.     Plaintiff hereby re-alleges, as if fully set forth herein, paragraphs 1 through 63 of this Complaint.

65.     Defendants' souvenirs, merchandise, and memorabilia constitute goods bearing counterfeit marks.  Defendants have trafficked these goods in violation of the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116(d) and unless restrained and enjoined, will continue to traffic these goods, all to Plaintiff's monetary damage and irreparable harm.

## COUNT V

### Common Law Trademark Infringement and
### Dilution, and Unfair Competition, Under New York Law

66.     Plaintiff hereby re-alleges, as if fully set forth herein, paragraphs 1 through 65 of this Complaint.

67.     The WWE Marks are marks valid at common law.

16

68.     Defendants' unauthorized use of the WWE Marks is likely to cause confusion, or mistake or to deceive as to the source of Defendants' goods and services, which constitutes trademark infringement and dilution under the common law of New York and under Chapter 20, Article 24, Section 360-1 of the General Business Laws of the State of New York.

69.     Defendants' unauthorized use of the WWE Marks constitutes unfair competition under New York common law and under Chapter 20, Article 24, Section 360-1 of the General Business Laws of the State of New York.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff World Wrestling Entertainment Inc. respectfully prays:

1.     That this Court grant a temporary restraining order and a preliminary and permanent injunction enjoining Defendants and each of his, her, or their partners, associates, agents, servants, and employees, and all others acting in concert therewith or having knowledge thereof, from manufacturing, distributing, offering for sale or selling Counterfeit Merchandise, or any other souvenirs, merchandise, or memorabilia bearing any of the WWE Marks or any other mark, word, or name similar to the WWE Marks in a manner which is likely to cause confusion or mistake or to deceive.

2.     That this Court order Defendants to file with this Court and serve on WWE within thirty days after the service on Defendants of the requested injunction a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction.

3.     That this Court order that all Counterfeit Merchandise, or any other souvenirs, merchandise, or memorabilia referring to or bearing any of the WWE Marks or any

17

confusingly similar marks, found in the possession, custody, or control of Defendants be seized until a hearing can be held before this Court to determine the disposition of any goods so seized.

4.     That this Court order the seizure of (a) any means of making Counterfeit Merchandise and (b) records documenting the manufacture, sale, or receipt of things involved in the sale, offering for sale, or distribution of Counterfeit Merchandise until a hearing can be held before this Court to determine the disposition of any goods so seized.

5.     That this Court order that (a) all Counterfeit Merchandise, or any other souvenirs, merchandise, or memorabilia bearing any of the WWE Marks or any confusingly similar marks, and all plates, molds, matrices, and other means of making the same, found in the possession, custody, or control of Defendants, and (b) any goods seized pursuant to this Court's order shall be delivered up to WWE, or WWE's attorneys pending the outcome of this action.

6.     That Defendants be required to account to and reimburse WWE for any and all profits which Defendants have derived from the sale of any Counterfeit Merchandise or any other souvenirs, merchandise, or memorabilia bearing any of the WWE Marks or any confusingly similar marks, and for any and all damages which WWE has sustained by reason of the acts complained of herein, or statutory damages.

7.     That Defendants be required to pay treble the amount of any profits derived from the sale of any Counterfeit Merchandise.

8.     That this Court award WWE its cost and reasonable attorneys' fees in this action.

9.     That this Court grant such other and further relief as it deems just and appropriate under the circumstances.

18

## DEMAND FOR JURY TRIAL

Plaintiff World Wrestling Entertainment, Inc. hereby demands a trial by jury of all

issues so triable.

Dated: March 10, 2004
        New York, New York

                                        WORLD WRESTLING
                                        ENTERTAINMENT, INC.

                                        By: Eva M. Ciko (EC-0944)

                                        KIRKPATRICK & LOCKHART LLP
                                        599 Lexington Avenue
                                        New York, New York 10022-6030
                                        (212) 536-3900
                                        and
                                        Jerry S. McDevitt
                                        Lucas G. Paglia
                                        KIRKPATRICK & LOCKHART LLP
                                        Henry W. Oliver Building
                                        535 Smithfield Street
                                        Pittsburgh, PA 15222-2312
                                        (412) 355-6500
                                        (To be admitted pro hac vice)

<u>**VERIFICATION**</u>

I am Executive Vice President and General Counsel of Plaintiff World Wrestling

Entertainment, Inc.  The allegations in the foregoing Complaint that relate or refer to World

Wrestling Entertainment, Inc. are true to my own knowledge and as to those allegations that

relate or refer to Defendants' activities and that are alleged upon information and belief, I believe

them to be true.  I verify under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of March, 2004 in Stamford, Connecticut.


Edward L. Kaufman
Executive Vice President and General Counsel
World Wrestling Entertainment, Inc.

Exhibit 1

**EXHIBIT 1**

**REGISTERED WWE MARKS**

| Country | Filed | Appl # | Regdt | Reg # | Status | Classes |
|---|---|---|---|---|---|---|
| 3 Count | | | | | | |
| United States | 09/25/00 | 76,135,296 | 09/04/01 | 2,485,237 | Registered | 41 |
| 3-Minute Warning | | | | | | |
| United States | 11/25/02 | 78,188,658 | 11/11/03 | 2,782,002 | Registered | 41 |
| Action Zone | | | | | | |
| United States | 07/11/96 | 75,132,670 | 12/23/97 | 2,123,044 | Registered | 41 |
| Ahmed Johnson | | | | | | |
| United States | 04/11/97 | 75,273,387 | 09/01/98 | 2,185,569 | Registered | 41 |
| Al Snow | | | | | | |
| United States | 04/17/02 | 78,122,285 | 7/15/03 | 2,736,696 | Registered | 41 |
| Armageddon | | | | | | |
| United States | 11/15/01 | 78,093,528 | 01/20/04 | 2,807,405 | Registered | 41 |
| United States | 11/15/01 | 78,093,517 | 12/30/03 | 2,801,333 | Registered | 9 |
| Austin 3:16 | | | | | | |
| United States | 03/18/98 | 75,452,061 | 12/14/99 | 2,299,462 | Registered | 28 |
| United States | 03/18/98 | 75,452,060 | 12/14/99 | 2,299,461 | Registered | 25 |
| United States | 03/18/98 | 75,452,065 | 02/01/00 | 2,313,120 | Registered | 41 |
| Back In Black | | | | | | |
| United States | 06/22/99 | 75,733,684 | 10/02/01 | 2,494,855 | Registered | 25 |
| Backlash | | | | | | |
| United States | 09/30/02 | 78,169,282 | 10/07/03 | 2,771,710 | Registered | 9 |
| United States | 04/27/01 | 78,060,910 | 10/29/02 | 2,642,926 | Registered | 25 |
| United States | 03/28/01 | 76,231,734 | 10/01/02 | 2,627,703 | Registered | 41 |
| Beast From The East | | | | | | |
| United States | 01/07/00 | 75,892,113 | 12/25/01 | 2,521,745 | Registered | 41 |
| United States | 01/07/00 | 75,892,111 | 01/15/02 | 2,529,059 | Registered | 25 |
| Big Daddy Cool | | | | | | |
| United States | 06/04/96 | 75,114,249 | 06/01/99 | 2,248,463 | Registered | 41 |
| Big Poppa Pump | | | | | | |
| United States | 04/20/99 | 75,686,899 | 09/03/02 | 2,615,674 | Registered | 16, 25 |
| Big Show | | | | | | |
| United States | 01/08/02 | 78,101,432 | 03/11/03 | 2,696880 | Registered | 41 |
| Blast Area | | | | | | |
| United States | 02/28/02 | 78,111,747 | 12/10/02 | 2,659,716 | Registered | 38 |
| Body Donnas | | | | | | |
| United States | 04/11/97 | 75,273,302 | 01/26/99 | 2,220,008 | Registered | 41 |
| Booker T | | | | | | |
| United States | 01/07/02 | 78,101,323 | 07/01/03 | 2,733,461 | Registered | 41 |
| Bottom Line In Business Travel | | | | | | |
| United States | 10/05/88 | 73,756,083 | 05/23/89 | 1,540,916 | Registered | 39 |

| Country | Filed | Appl # | Regdt | Reg # | Status | Classes |
|---|---|---|---|---|---|---|
| **Brock Lesner** | | | | | | |
| United States | 05/02/02 | 78,125,656 | 10/07/03 | 2,771,592 | Registered | 41 |
| **Chris Benoit** | | | | | | |
| United States | 11/14/01 | 78,093,224 | 12/16/03 | 2,796,040 | Registered | 41 |
| **Chris Jericho** | | | | | | |
| United States | 10/21/98 | 75,575,310 | 09/12/00 | 2,384,740 | Registered | 41 |
| **Christian** | | | | | | |
| United States | 07/06/01 | 78,072,669 | 10/22/02 | 2,639,683 | Registered | 41 |
| **Chyna** | | | | | | |
| United States | 05/23/01 | 78,065,361 | 08/13/02 | 2,607,681 | Registered | 28 |
| United States | 05/23/01 | 78,065,356 | 09/17/02 | 2,621,456 | Registered | 9 |
| United States | 05/23/01 | 78,065,345 | 10/22/02 | 2,639,644 | Registered | 25 |
| United States | 05/23/01 | 78,065,328 | 11/26/02 | 2,654,470 | Registered | 16 |
| United States | 05/23/01 | 78,065,292 | 09/03/02 | 2,615,478 | Registered | 41 |
| **DDP** | | | | | | |
| United States | 01/08/02 | 78,101,411 | 07/15/03 | 2,739,103 | Registered | 41 |
| **Diesel** | | | | | | |
| United States | 03/12/96 | 75,071,032 | 08/12/97 | 2,087,146 | Registered | 41 |
| **Doink the Clown** | | | | | | |
| United States | 02/23/95 | 74,637,348 | 08/20/96 | 1,994,733 | Registered | 41 |
| **ECW** | | | | | | |
| United States | 04/05/00 | 76,018,783 | 03/27/01 | 2,438,554 | Registered | 09, 25, 28 |
| United States | 08/19/99 | 75,779,315 | 06/19/01 | 2,462,643 | Registered | 09 |
| **Edge** | | | | | | |
| United States | 07/06/01 | 78,072,660 | 11/12/02 | 2,649,476 | Registered | 41 |
| **Excess** | | | | | | |
| United States (design) | 09/05/01 | 78,082,591 | 12/10/02 | 2,659,575 | Registered | 41 |
| United States | 09/04/01 | 78,082,433 | 06/11/02 | 2,578,884 | Registered | 41 |
| **Fully Loaded** | | | | | | |
| United States | 06/06/01 | 78,067,680 | 11/12/02 | 2,649,457 | Registered | 16 |
| United States | 03/28/01 | 78,055,588 | 05/28/02 | 2,573,879 | Registered | 9, 41 |
| **Glacier** | | | | | | |
| United States | 08/19/96 | 75,152,894 | 04/22/97 | 2,055,608 | Registered | 41 |
| **Goldust** | | | | | | |
| United States | 03/13/97 | 75,256,839 | 01/13/98 | 2,129,106 | Registered | 28 |
| United States | 04/17/02 | 78,122,267 | 01/14/03 | 2,675,279 | Registered | 41 |
| **Halloween Havoc** | | | | | | |
| United States | 03/21/96 | 75,076,485 | 04/21/98 | 2,151,692 | Registered | 9 |
| United States | 03/29/96 | 75,081,134 | 04/14/98 | 2,150,093 | Registered | 25 |
| United States | 12/06/96 | 75,209,181 | 06/16/98 | 2,165,334 | Registered | 41 |
| **Hardy Boyz** | | | | | | |
| United States | 05/31/02 | 78,132,526 | 10/14/03 | 2,773,574 | Registered | 16 |
| United States | 05/31/02 | 78,132,510 | 09/23/03 | 2,766,785 | Registered | 25 |
| **Invasion** | | | | | | |
| United States | 06/18/01 | 78,069,658 | 07/08/03 | 2,735,618 | Registered | 9 |
| United States | 06/18/01 | 78,069,654 | 07/08/03 | 2,735,617 | Registered | 41 |

2

| Country | Filed | Appl # | Regdt | Reg # | Status | Classes |
|---|---|---|---|---|---|---|
| Judgment Day | | | | | | |
| United States | 06/06/01 | 78.067.622 | 03/25/03 | 2.700.343 | Registered | 16 |
| United States | 04/27/01 | 78.060.913 | 09/17/02 | 2.621.441 | Registered | 25 |
| United States | 03/29/01 | 78.055.746 | 02/11/03 | 2.686.549 | Registered | 9 |
| Just Bring It | | | | | | |
| United States | 06/21/01 | 78.070.346 | 10/08/02 | 2.631.855 | Registered | 25 |
| Kane | | | | | | |
| United States | 07/06/01 | 78.072.655 | 10/15/02 | 2.635.378 | Registered | 41 |
| Kanyon | | | | | | |
| United States | 04/17/02 | 78.122.290 | 02/18/03 | 2.688.795 | Registered | 41 |
| King of the Ring | | | | | | |
| United States | 04/26/96 | 75.095.025 | 02/25/97 | 2.040.704 | Registered | 41 |
| United States | 06/18/01 | 78.069.699 | 11/05/02 | 2.645.817 | Registered | 25 |
| United States | 06/06/01 | 78.067.668 | 05/06/03 | 2.713.507 | Registered | 16 |
| United States | 06/06/01 | 78.067.652 | 10/29/02 | 2.642.950 | Registered | 9 |
| Kurt Angle | | | | | | |
| United States | 11/14/01 | 78.093.227 | 07/15/03 | 2.739.077 | Registered | 41 |
| Layeth The Smacketh Down | | | | | | |
| United States | 04/20/01 | 78.059.611 | 09/10/02 | 2.618.330 | Registered | 25 |
| Lita | | | | | | |
| United States | 06/21/01 | 78.070.296 | 10/08/02 | 2.631.853 | Registered | 41 |
| Metal | | | | | | |
| United States | 11/14/01 | 78.093.245 | 08/12/03 | 2.751.377 | Registered | 41 |
| Mr. Perfect | | | | | | |
| United States | 10/30/95 | 75.012.019 | 09/24/96 | 2.003.188 | Registered | 41 |
| New Year's Evil | | | | | | |
| United States | 08/31/99 | 75.789.254 | 11/06/01 | 2.55.263 | Registered | 41 |
| Nitro Girls | | | | | | |
| United States | 01/03/00 | 75.885.840 | 01/15/02 | 2.505.263 | Registered | 9 |
| United States | 01/03/00 | 75.884.505 | 01/09/01 | 2.419.146 | Registered | 41 |
| Nitro Grill | | | | | | |
| United States | 01/07/00 | 75.892.110 | 11/13/01 | 2.505.916 | Registered | 35 |
| No Mercy | | | | | | |
| United States | 11/15/01 | 78.093.551 | 01/06/04 | 2.803.552 | Registered | 9 |
| United States | 11/15/01 | 78.093.576 | 08/26/03 | 2.757.508 | Registered | 41 |
| United States | 11/15/01 | 78.093.571 | 07/29/03 | 2.745.108 | Registered | 16 |
| United States | 10/15/01 | 78.088.337 | 01/21/03 | 2.678.122 | Registered | 25 |
| No Way Out | | | | | | |
| United States | 03/22/00 | 76.006.672 | 05/22/01 | 2.453.023 | Registered | 41 |
| United States | 04/27/01 | 78.060.904 | 12/11/01 | 2.517.590 | Registered | 25 |
| United States | 06/06/01 | 78.067.609 | 09/24/02 | 2.625.121 | Registered | 16 |
| United States | 06/06/01 | 78.067.601 | 11/12/02 | 2.649.456 | Registered | 9 |
| NWO | | | | | | |
| United States | 03/14/97 | 75.257.783 | 12/09/97 | 2.120.098 | Registered | 25 |
| United States | 03/14/97 | 75.257.789 | 12/09/97 | 2.120.099 | Registered | 41 |

3

| Country | Filed | Appl # | Regdt | Reg # | Status | Classes |
|---|---|---|---|---|---|---|
| NWO 4 LIFE | | | | | | |
| United States | 01/07/00 | 75,891,457 | 01/15/02 | 2,529,057 | Registered | 41 |
| NWO New World | | | | | | |
| Order | | | | | | |
| United States | 01/07/00 | 75,892,109 | 09/24/01 | 2,622,813 | Registered | 41 |
| Power Plant | | | | | | |
| United States | 03/21/96 | 75,076,576 | 09/29/98 | 2,192,545 | Registered | 25 |
| United States | 03/21/96 | 75,076,415 | 05/12/98 | 2,157,348 | Registered | 41 |
| RAW | | | | | | |
| United States | 11/01/95 | 75,013,364 | 08/12/97 | 2,086,903 | Registered | 41 |
| United States | 02/23/98 | 75,438,726 | 10/24/00 | 2,396,746 | Registered | 16 |
| Raw is War | | | | | | |
| United States | 05/16/97 | 75,292,997 | 02/02/99 | 2,221,223 | Registered | 41 |
| United States | 06/08/01 | 78,068,150 | 12/25/01 | 2,522,867 | Registered | 25 |
| Ric Flair | | | | | | |
| United States | 01/07/02 | 78,101,322 | 07/01/03 | 2,733,460 | Registered | 41 |
| Rikishi | | | | | | |
| United States | 01/07/02 | 78,101,318 | 01/20/04 | 2,807,414 | Registered | 41 |
| United States | 04/20/01 | 78,059,624 | 02/11/03 | 2,686,552 | Registered | 25 |
| United States | 04/20/01 | 75,982,598 | 12/10/02 | 2,660,925 | Registered | 28 |
| Rob Van Dam | | | | | | |
| United States | 01/08/02 | 78,101,416 | 07/15/03 | 2,739,105 | Registered | 41 |
| Royal Rumble | | | | | | |
| United States | 02/06/95 | 74,631,165 | 05/07/96 | 1,972,560 | Registered | 41 |
| United States | 04/26/93 | 74,382,186 | 10/31/95 | 1,930,440 | Registered | 9 |
| United States | 06/08/01 | 78,068,206 | 09/10/02 | 2,618,355 | Registered | 9 |
| United States | 06/06/01 | 78,067,597 | 01/28/03 | 2,681,135 | Registered | 16 |
| RVD | | | | | | |
| United States | 01/07/02 | 78,101,310 | 07/08/03 | 2,735,677 | Registered | 41 |
| Sable | | | | | | |
| United States | 07/12/99 | 75,748,394 | 09/05/00 | 2,382,918 | Registered | 41 |
| Slammy | | | | | | |
| United States | 01/26/96 | 75,049,039 | 08/10/99 | 2,267,980 | Registered | 41 |
| Slobber-Knocker | | | | | | |
| United States | 01/11/02 | 78,102,273 | 10/22/02 | 2,639,839 | Registered | 30 |
| Smack Down | | | | | | |
| Records & Design | | | | | | |
| United States | 10/05/00 | 76,141,139 | 06/10/03 | 2,725,034 | Registered | 9 |
| Smackdown! Records | | | | | | |
| United States | 09/26/00 | 78,027,767 | 08/13/02 | 2,608,277 | Registered | 9, 41 |
| Smackdown Your | | | | | | |
| Vote | | | | | | |
| United States | 11/29/01 | 78,095,751 | 09/24/02 | 2,625,262 | Registered | 42 |
| Souled Out | | | | | | |
| United States | 09/07/99 | 75,793,589 | 10/17/00 | 2,395,569 | Registered | 9 |
| United States | 09/07/99 | 75,794,400 | 11/14/00 | 2,403,894 | Registered | 41 |

| Country | Filed | Appl # | Regdt | Reg # | Status | Classes |
|---|---|---|---|---|---|---|
| **Spring Stampede** | | | | | | |
| United States | 09/28/00 | 76,137,450 | 11/13/01 | 2,506,260 | Registered | 41 |
| United States | 03/02/98 | 75,443,118 | 04/13/99 | 2,238,809 | Registered | 9 |
| United States | 04/07/98 | 75,464,066 | 04/20/99 | 2,240,770 | Registered | 25 |
| **S Summerslam** | | | | | | |
| United States (stylized) | 12/12/01 | 78,099,697 | 11/26/02 | 2,654,561 | Registered | 28 |
| **Steve Austin** | | | | | | |
| United States | 02/15/01 | 76,214,252 | 10/07/03 | 2,770,693 | Registered | 9, 16, 25, 28, 41 |
| **Summerslam** | | | | | | |
| United States | 09/29/88 | 73,754,816 | 12/19/89 | 1,571,823 | Registered | 16, 25, 41 |
| United States | 04/26/93 | 74,382,185 | 03/21/95 | 1,884,646 | Registered | 9 |
| United States | 12/21/01 | 78,099,688 | 04/01/03 | 2,702,648 | Registered | 28 |
| **Sunday Night Heat** | | | | | | |
| United States | 11/06/98 | 75,583,917 | 07/04/00 | 2,363,921 | Registered | 41 |
| **Superbrawl** | | | | | | |
| United States | 03/21/96 | 75,076,486 | 04/07/98 | 2,148,568 | Registered | 9 |
| United States | 11/26/96 | 75,204,828 | 06/30/98 | 2,169,034 | Registered | 41 |
| **Survivor Series** | | | | | | |
| United States | 05/07/93 | 74,387,731 | 11/01/94 | 1,860,719 | Registered | 9 |
| United States | 02/22/89 | 74,782,291 | 10/31/89 | 1,563,878 | Registered | 41 |
| **The Bad Guy** | | | | | | |
| United States | 06/21/96 | 75,123,274 | 06/10/97 | 2,069,621 | Registered | 41 |
| **The Baldies** | | | | | | |
| United States | 12/22/99 | 75,877,341 | 10/31/00 | 2,400,251 | Registered | 41 |
| **The Big Show** | | | | | | |
| United States | 04/20/01 | 78,059,617 | 09/10/02 | 2,618,331 | Registered | 25 |
| **The Great American Bash** | | | | | | |
| United States | 11/14/96 | 75,198,292 | 06/09/98 | 2,163,415 | Registered | 41 |
| United States | 11/14/96 | 75,198,862 | 10/13/98 | 2,194,671 | Registered | 25 |
| **The Hurricane** | | | | | | |
| United States | 04/03/02 | 78,119,151 | 01/28/03 | 2,681,342 | Registered | 41 |
| **The Outsiders** | | | | | | |
| United States | 01/07/00 | 75,892,114 | 11/20/01 | 2,508,842 | Registered | 41 |
| **The Rock** | | | | | | |
| United States | 05/05/00 | 76,042,098 | 12/04/01 | 2,514,522 | Registered | 41 |
| United States | 05/05/00 | 76,042,096 | 05/28/02 | 2,572,838 | Registered | 28 |
| United States | 05/05/00 | 76,042,095 | 05/28/02 | 2,572,837 | Registered | 16 |
| United States | 05/05/00 | 76,042,094 | 10/15/02 | 2,633,988 | Registered | 9 |
| **The Undertaker** | | | | | | |
| United States | 07/03/91 | 74,182,028 | 03/02/93 | 1,755,782 | Registered | 41 |
| **The World** | | | | | | |
| United States | 05/18/01 | 78,064,335 | 12/18/01 | 2,520,374 | Registered | 42 |
| **Thunder** | | | | | | |
| United States | 02/20/98 | 75,437,966 | 02/02/99 | 2,228,555 | Registered | 41 |

| Country | Filed | Appl # | Regdt | Reg # | Status | Classes |
|---|---|---|---|---|---|---|
| Titan Sports United States | 06/03/83 | 73,428,676 | 07/17/84 | 1,286,533 | Registered | 41 |
| Titan Tots United States | 08/21/91 | 74,196,786 | 07/28/92 | 1,703,946 | Registered | 42 |
| Titantron United States | 01/11/00 | 75,894,123 | 07/02/02 | 2,587,199 | Registered | 9 |
| Tough Enough United States | 05/31/01 | 78,066,528 | 08/26/03 | 2,757,458 | Registered | 41 |
| Triple H United States | 11/15/01 | 78,093,659 | 11/04/03 | 2,780,659 | Registered | 41 |
| Triple Threat United States | 03/22/01 | 76,229,350 | 09/30/03 | 2,768,658 | Registered | 9, 41 |
| Trish Stratus United States | 11/15/01 | 78,093,506 | 07/29/03 | 2,745,107 | Registered | 41 |
| Uncensored United States | 11/13/96 | 75,197,774 | 08/11/98 | 2,179,974 | Registered | 41 |
| Undertaker United States (design) | 07/17/92 | 74,296,175 | 05/18/93 | 1,771,405 | Registered | 16 |
| United States | 12/18/91 | 74,231,527 | 11/03/92 | 1,729,405 | Registered | 20 |
| United States | 08/25/92 | 74,308,341 | 05/18/93 | 1,771,513 | Registered | 21 |
| United States | 07/17/92 | 74,296,168 | 03/02/93 | 1,755,482 | Registered | 25 |
| United States | 04/26/93 | 74,382,182 | 06/18/96 | 1,980,341 | Registered | 9 |
| United States | 01/26/96 | 75,049,041 | 03/14/00 | 2,327,493 | Registered | 28 |
| Unforgiven United States | 06/05/01 | 78,067,475 | 01/01/02 | 2,525,314 | Registered | 41 |
| United States | 06/05/01 | 78,067,468 | 12/24/02 | 2,666,552 | Registered | 16 |
| United States | 06/05/01 | 78,067,450 | 06/04/02 | 2,576,331 | Registered | 9 |
| WCW Bash at the Beach United States | 11/13/96 | 75,197,750 | 05/26/98 | 2,160,073 | Registered | 41 |
| United States | 11/13/96 | 75,197,773 | 07/28/98 | 2,176,144 | Registered | 41 |
| WCW Design Mark Rep 1 United States | 04/05/99 | 75,674,225 | 12/11/01 | 2,518,053 | Registered | 28 |
| United States | 04/05/99 | 75,674,464 | 07/24/01 | 2,472,120 | Registered | 41 |
| United States | 04/05/99 | 75,674,226 | 07/03/01 | 2,466,341 | Registered | 25 |
| WCW Design Mark Rep 2 United States | 04/05/99 | 75,675,744 | 06/12/01 | 2,460,234 | Registered | 25 |
| United States | 04/05/99 | 75,673,981 | 07/10/01 | 2,468,297 | Registered | 28 |
| WCW Design Mark Rep 3 United States | 04/05/99 | 75,674,245 | 09/11/01 | 2,488,418 | Registered | 41 |
| United States | 04/05/99 | 75,673,922 | 07/10/01 | 2,468,296 | Registered | 16 |
| WCW Fall Brawl United States | 11/12/97 | 75,389,184 | 01/19/99 | 2,218,710 | Registered | 41 |

6

| Country | Filed | Appl # | Regdt | Reg # | Status | Classes |
|---|---|---|---|---|---|---|
| WCW Halloween Havoc | | | | | | |
| United States | 11/12/97 | 75.389.185 | 01/19/99 | 2.218.711 | Registered | 41 |
| WCW Monday Nitro | | | | | | |
| United States | 11/14/96 | 75.198.000 | 03/31/98 | 2.147.312 | Registered | 41 |
| United States | 11/26/96 | 75.204.829 | 07/28/98 | 2.176.174 | Registered | 41 |
| WCW Motorsports | | | | | | |
| United States | 03/21/96 | 75.076.443 | 05/12/98 | 2.157.349 | Registered | 41 |
| WCW Racing | | | | | | |
| United States | 04/19/00 | 76.029.744 | 07/31/01 | 2.473.355 | Registered | 25 |
| United States | 04/19/00 | 76.029.217 | 01/15/02 | 2.539.253 | Registered | 41 |
| WCW Starrcade | | | | | | |
| United States | 11/13/96 | 75.197.524 | 05/26/98 | 2.160.071 | Registered | 41 |
| United States | 11/13/96 | 75.197.337 | 07/28/98 | 2.176.143 | Registered | 41 |
| WCW Stylized | | | | | | |
| United States | 02/12/98 | 75.433.132 | 03/16/99 | 2.232.114 | Registered | 25 |
| United States | 12/07/92 | 74.337.565 | 08/03/93 | 1.785.929 | Registered | 41 |
| WCW Uncensored | | | | | | |
| United States | 11/14/96 | 75.197.875 | 06/02/98 | 2.161.463 | Registered | 41 |
| WCW World War 3 | | | | | | |
| United States | 03/06/98 | 75.446.174 | 01/29/02 | 2.533.208 | Registered | 9 |
| United States | 12/06/96 | 75.209.639 | 07/14/98 | 2.172.384 | Registered | 41 |
| United States | 11/07/97 | 75.388.976 | 01/05/99 | 2.216.288 | Registered | 41 |
| WCWNWO | | | | | | |
| United States | 10/10/00 | 76.143.575 | 09/10/02 | 2.616.810 | Registered | 16 |
| United States | 04/07/98 | 75.464.007 | 12/14/99 | 2.299.498 | Registered | 25 |
| Who's Next | | | | | | |
| United States | 08/31/99 | 75.789.248 | 11/07/00 | 2.401.846 | Registered | 41 |
| World Wrestling Federation Block Logo | | | | | | |
| United States | 03/01/91 | 74.143.629 | 06/30/92 | 1.697.715 | Registered | 25 |
| United States | 06/13/83 | 73.429.787 | 07/09/85 | 1.348.618 | Registered | 41 |
| United States | 05/19/88 | 73.729.298 | 01/02/90 | 1.574.169 | Registered | 3,6,9,14,16,18,20,21,24,25,28,30 |
| World Wrestling Federation Block (Logo) & Slammers | | | | | | |
| United States | 04/02/98 | 75.461.448 | 10/12/99 | 2.284.860 | Registered | 28 |
| World Wrestling Entertainment | | | | | | |
| United States | 04/04/02 | 78.119.623 | 10/07/03 | 2.772.677 | Registered | 25 |
| United States | 04/04/02 | 78.119.655 | 08/26/03 | 2.757.600 | Registered | 34 |
| United States | 04/04/02 | 78.119.644 | 08/26/03 | 2.757.599 | Registered | 18 |
| United States | 04/04/02 | 78.119.641 | 08/17/03 | 2.754.499 | Registered | 21 |
| United States | 04/04/02 | 78.119.535 | 02/24/04 | 2.828.358 | Registered | 41 |

7

| Country | Filed | Appl # | Regdt | Reg # | Status | Classes |
|---|---|---|---|---|---|---|
| World Wrestling Federation | | | | | | |
| United States | 06/03/83 | 73,428,666 | 01/29/85 | 1,317,318 | Registered | 41 |
| United States | 05/19/88 | 73,729,304 | 11/07/89 | 1,564,148 | Registered | 14,16,6 9,18,20 24,25,28 |
| Wrestlemania | | | | | | |
| United States | 06/19/85 | 73,543,858 | 03/17/87 | 1,432,884 | Registered | 14,16,25 |
| United States | 04/26/93 | 74,382,184 | 11/22/94 | 1,863,534 | Registered | 9 |
| United States | 06/08/01 | 78,068,199 | 09/24/02 | 2,625,125 | Registered | 9 |
| Wrestlemania (stylized) | | | | | | |
| United States | 11/29/91 | 74,226,108 | 09/15/92 | 1,716,716 | Registered | 41 |
| Wrestling Spotlight | | | | | | |
| United States | 11/07/95 | 75,016,314 | 07/27/96 | 1,997,196 | Registered | 41 |
| United States | 10/20/95 | 75,008,745 | 08/27/96 | 1,997,145 | Registered | 16 |
| New Scratch Logo | | | | | | |
| United States (stylized) | 04/04/02 | 78,119,574 | 12/23/03 | 2,799,228 | Registered | 18 |
| United States (stylized) | 04/04/02 | 78,119,581 | 08/12/03 | 2,751,437 | Registered | 34 |
| United States (stylized) | 04/04/02 | 78,119,566 | 08/12/03 | 2,751,436 | Registered | 21 |
| United States (stylized) | 04/04/02 | 78,119,563 | 09/16/03 | 2,765,751 | Registered | 28 |
| United States (stylized) | 04/04/02 | 78,119,559 | 08/26/03 | 2,757,597 | Registered | 25 |
| United States (stylized) | 04/04/02 | 78,119,554 | 08/19/03 | 2,754,495 | Registered | 9 |
| United States (stylized) | 04/04/02 | 78,119,546 | 08/26/03 | 2,757,596 | Registered | 41 |
| WWE | | | | | | |
| United States | 05/07/02 | 78,126,913 | 10/07/03 | 2,772,683 | Registered | 41 |
| Y2J | | | | | | |
| United States | 06/21/01 | 78,070,367 | 10/22/02 | 2,639,674 | Registered | 25 |
| United States | 06/21/01 | 78,070,309 | 10/15/02 | 2,635,368 | Registered | 41 |

Exhibit 2

## EXHIBIT 2

### UNREGISTERED WWE MARKS

'Cause Stone Cold Said So

100% HellRaiser

100% Texas Rattlesnake

2Xtreme

3:16

3-D Dudley Death Drop

619

Acolytes

Afterburn

Akio

All Aboard the Ho Train

Al Snow

Always Pounding Ass

American Bad Ass

American By Birth, Bad Ass By Choice

And You Will Never Eevvveeeerr be the Same Again

Angle Lock

Angle Slam

APA

APA Protection

A-Train

Austin

Austin Spinebuster

Ayatollah of Rock 'n Rolla

B-2

B2

Back that ass up

Bad Blood

Bad to the Bone

Baldo Bomb

Banzai Drip

Basham Brothers

Batista

Because I am that Damn Good

Benoit Elbow Drop

Benoit German Suplex

Big Boss Man

Big Nasty Bastard

Big Poppa Pump

Big Red Machine

Big Show

Bill DeMott

Billy Gunn

Billy Kidman

Blackman Combination

Blackman Quick Kick

Blackman Throat Thrust

Booker T

Bottomline

Bra and Panties Match

Bradshaw

British Bulldogs

Brock Lesnar

Broncobuster

Brutus the Barber Beefcake

Bubba Cutter

Bubba Ray Dudley

Bushwhackers

Cactus Jack

Can You Take the Heat? (cookbook)

Candy Ass

Charlie Haas

Chavo Guerrero

Chavo Guerrero, Sr.

Chokeslam from Hell

Chris Benoit

Chris Jericho

Christian

Christian Armlock

Christian Snapmare

Christopher Nowinski

Chuck Palumbo

Class of 3:16

Clothesline from Hell

Coach

Colonel Mustafa

Crippler

Crippler Crossface

D.O.A.

Danny Basham

Darkness Choke

Dawn Marie Wilson

Dead Man, Inc.

Death Valley Driver

Degeneration X

Dink



Divas The Magazine

Divas Untamed

Diving Fame Asser

D-LO

Doink

Dominator

Doug Basham

Dude Love

Dudley Boyz

Dudley Atomic Drop

Dudley Death Drop

Dudley Device

Dudleyville

D-VON

D-Von Elbow Drop

D-Von Neckbreaker

D-Von Dudley

D-X

Eddie Cradle Pin

Eddie Guerrero

Edge

Edge O'Matic

El Matador

El Paso

Elizabeth

Eric Bischoff

Escape the Rules

Eye of Destruction

Extreme Championship Wrestling

Evolution

Eye of the Hurricane

F5

FBI

Faarooq

Fame-Ass-Er

Fan Frenzy

Fatal 4 Way

Final Cut

Freak Factory

Frog Splash

Full Blooded Italians

Full Metal

Funaki

Gail Kim

Game Over

Garrison Cade

Give Me a Hell Yeah!

Global Warning

Godfather

Goldberg

Grand Master Sexay

Ground Tazzmission

Guaran-Damn Tees It

Guerrero Special

Guillotine Choke

Hardcore Holly

Hardcore Legends

Hardy Boyz

Hardy Boyz "Fear"

Hardy Boyz Leg Drop

Have a Tall Glass of Shut Up Juice!

HBK

Headbangers

Heat

Hell In A Cell

Hell Yeah

Here Comes the Pain

HHH

High Angle Backdrop

HLA

Ho Train Attack

Howard Finkel

Hunter Hearst Helmsley

I am the Game

I Got One Side, A Bad Side!

I'm that Damn Good

If You Smell What the Rock is Cooking

II Cool

Intelligence, Integrity, Intensity

It's Not Just a Sock…it's an Adventure

It's Show Time

It's True! It's True!

Ivory

Jabroni Dr.

Jackhammer

Jacqueline

Jake "the Snake" Roberts

Jake the Snake

Jakked

Jamie Noble

Jazz

Jeff Jawbreaker

Jeff Small Package

Jeff Twist of Fate

Jerichoholic

Jerry "The King" Lawler

Jim Ross

John Cena

Johnny "The Bull" Stamboli

Jonathan Coachman

Jon Heidenreich

Josh Mathews

Just Another Victim

Just Bring It!

Just Say Ho!

Justin Credible

Kane

Kane Chokeslam

Kane Diving Clothesline

Kanenites

Kane the Undertaker

Kane Throat Thrust

King of the Ring

Know Your Role

Kurt Angle

Kurt Angle Backdrop

Kurt Belly to Belly

Kurt Diving Moonsault

Kyo Dai

Lamont

Lance Storm

La Résistance

Last Ride

Latino Heat

Lilian Garcia

Linda McMahon

Lingerie Match

Lionsault

Lita

Lita Diving Moonsault

Lita Tornado DDT

Lite a Fatty for this Pimp Daddy

Lo Down

Luna

Mamacita!

Mankind 2000

Mark Henry

Mark Jindrak

Marlena

Matt Hardy

Matt Morgan

Matt Twist of Fate

Maven

Mean Gene

Michael Cole

Mick Foley

Mick Foley's Christmas Chaos Book

Miss Jackie

Molly Go Round

Molly Holly

Mosh

Mountie

Mr. America

Mr. Bad Ass

Mr. McMahon

Mudhole Stomping

Nidia

Night Force

Not for the Innocent

Nunzio

NWO New World Order

Oh Hell Yeah!

One and Only

Open Mouth…Insert Sock!

Orlando Jordan

Paul Heyman

Paul London

Pedigree

People's Champion

People's Elbow

Pimpin' Ain't Easy

Radicalz

Randy Orton

Raven Effect

Raw

Raw Deal Collectible Card Game

Raw is Jericho

Raw is War

Raw Magazine

Razor Ramon

Regal Cutter

Regal Knee Attack

René Duprée

Rey Mysterio

Rhyno

Rico

Right to Censor

Rikishi

Rikishi Driver

Rikishi Phatu

Rings of Saturn

Rob Conway

3

Rob Van Dam
Rock Bottom
Rockers
Rocky Maivia
Rodney Mack
Roody Poo Candy Ass
Rosey
Royal Rumble
Rue DeBona
Saba Simba

Sable

Sakoda
Samurai Driver
Scott Steiner
Scotty 2 Hotty
Scotty Too Hotty
Sean O'Haire
Self Proclaimed World's
Greatest Tag Team
Sgt. Slaughter

Shannon Moore
Shawn Michaels
Shelton Benjamin
Sheriff Austin
S.H.I.T. (Super Hero In
Training)
Shotgun Saturday Night
Slobber Knocker
Smackdown
Smack Your TV

So Reeking of Awesomeness
Socko
Spike Dudley

Spike Piledriver
Stalling Brainbuster
Stacy Keibler
Steiner Recliner
Stephanie McMahon
Steve Austin
Steven Richards
Stink Face
Stone Cold
Stone Cold Steve Austin
Stone Cold Stunner
Stunner
Suck It!
Superhero In Training
Super Tazz Suplex
Survivor Series
Swanton Bomb
Sweet Chin Music
Tables, Ladders and Chairs
Tajiri
Tarantula
Taunt Stone Cold
Tazz
Tazz Capture Suplex
Tazzmission
Tazzplex
Team Extreme
Terri
Test
Test Full Nelson Slam
Texas Rattlesnake
Texas Tornado
The 10th Ring

The 450

The American Way
The Big Show
The Big Valbowski
The Dudley Dog
The Establishment

The Game
The Gore
The Great One
The Heartbreak Kid
The Hurricane
The King
The Last Ride
The Legacy
The Most Electrifying Man in
Sports Entertainment
Theodore R. Long
The Patriot
The People's Champ
The People's Elbow
The Regal Stretch
The RKO
The Rock

The Rock Clothesline
The Rock DDT
The Rock Forearm Smash
The Rock Millennium
The Rock Spinebuster
The Rock's "Seal of Approval"

The Undertaker
The Walls of Jericho
Think Outside The Ring
Thrasher
Thug 4 Life

4

Thug It

Thug Life

Tiger Suplex Pin

TJ Drop

TLC: Tables, Ladders, Chairs

Todd Grisham

Tombstone Piledriver

Tommy Dreamer

Tony Chimel

Too Cool

Torrie Wilson

Tortured Souls

Trax

Triple H

Triple Threat

Trish Stratus

Ultimo Dragon

Un-Americans

Undertaker Chokeslam

Up Close & Uncensored

Unprettier

Val Venis

Van Daminator

Velocity

Vengeance

Victoria

Vince McMahon

West Coast Pop

What?

William Regal

WWE Retribution

X-Factor

Xtreme is not a mood! It's a Lifestyle

Y2J Security

You Better Recognize

You Lack Intensity

You Wanna Piece of the Rock?

Your Damn Right I'm Over

Your Mouth Shut It

Your Role...Know It

5

Exhibit 3

**EXHIBIT 3**

## EXAMPLES OF PLAINTIFF'S MERCHANDISE

Key chains, video games, puzzles, board games, compact discs, stuffed animals, bears, pens, pencils, note books, books, booklets, postcards, magazines, posters, banners, binders, book covers, plastic rulers, photographs, photo albums, calendars, trading cards, bumper stickers, decals, mugs, glasses, shot glasses, cups, drink holders, sport bottles, portable coolers, thermos, portable chairs, sunglasses, visors, license plates, flags, towels, bedding sheet sets, t-shirts, shorts, socks, jackets, jerseys, shirts, sweatshirts, fleece sets, belts, belt buckles, caps, hats, race programs, computer game programs, die cast miniature race vehicles, mouse pads, road atlas, vehicle splash guards, candles, clocks, display cases, throws, prints, tapestry wall hangings, pillows, furniture, ashtrays, sleeping bags, curtains, salt and pepper shakers, cake kits, jewelry.

Refillable/disposable lighters, audio cassettes, videotapes, DVD's, championship belts, action figures, dolls, basketballs, bend-em' figures, masks, elbow pads, kites, skateboards, walkie-talkies, inflatable vinyl pools, greeting cards, invitations, athletic shoes, collectable stickers, watches, stickers, tattoos, gold and silver coins, signed lithographs, electronic tabletop games, face painting sets, disposable cameras, full size stand-up's, dart boards, pool cues, holiday card sets, Christmas ornaments, beach chairs, umbrellas, backpacks, banners, shower curtains, toothbrushes, pajamas, neckties, gloves, necklaces, bandannas, earrings, pendants, ice cream bars.



Exhibit 4

**EXHIBIT 4**

**<u>SCHEDULE OF EVENTS</u>**

1. **WWE Hall of Fame Reception and Induction Ceremony –
   Midtown Hilton, New York City, March 13, 2004**

2. **WWE Wrestlemania® XX –
   Madison Square Garden, New York City, March 14, 2004**