Eva M. Ciko, Esquire (EC-0944)
Joanna A. Diakos, Esquire (JD-7269)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

Jerry S. McDevitt, Esquire
Lucas G. Paglia, Esquire
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501
Attorneys for Plaintiff
World Wrestling Entertainment, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE CHIN**

---

WORLD WRESTLING
ENTERPRISE, INC.,

           Plaintiff,

v.

VARIOUS JOHN AND JANE DOES,
and VARIOUS XYZ CORPORATIONS,

           Defendants.

04 Civ. 01897

**RULE 7.1 DISCLOSURE STATEMENT**

**Filed Under Seal**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that World Wrestling Entertainment, Inc. ("WWE") is a Delaware corporation having its principal place of business at 1241 East Main Street, Stamford, Connecticut 06902. WWE is a publicly traded company. As of the date of this disclosure, WWE does not have any parent, subsidiary or affiliate company,

nor any other interest, that is publicly held.

Dated: March 10, 2004
New York, New York

WORLD WRESTLING
ENTERTAINMENT, INC.

By its attorneys,

_____
Eva M. Ciko (EC-0944)
Joanna A. Diakos (JD-7269)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900

and

Jerry S. McDevitt
Lucas A. Paglia
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
(412) 355-6500
(To be admitted pro hac vice)